CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
JUL 0 6 2007
JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RHONDA YVETTE SPAIN, | CASE NO. 7:06CV00707 |
| Plaintiff, | |
| v. | ORDER |
| BARBARA J. WHEELER, *et al.*, | By: B. WAUGH CRIGLER |
| Defendant. | U.S. MAGISTRATE JUDGE |

For the reasons set forth in the court's Memorandum Opinion of even date, it is

ORDERED

that defendants' Motion for Summary Judgment as to all counts of the plaintiff's complaint hereby is GRANTED, and this action hereby is DISMISSED from the docket of the court.

The Clerk is directed to send a certified copy of this ORDER to the plaintiff and all counsel of record.

ENTERED: /s/ _____
U.S. Magistrate Judge

7/6/07
Date